A CERTIFIED TRUE COPY

MAY 11 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED MAY 11 2005

CLERK'S OFFICE

FILED
CLERK'S OFFICE
'05 MAY 16 P 2:54

DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE A)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE A

MDL-1629 — In re Neurontin Marketing, Sales Practices and Products Liability Litigation

### Southern District of Alabama

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

### District of New Jersey

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

### Northern District of New York

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

### Southern District of New York

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00073-JSR

Montgomery v. Pfizer, Inc. et al  
Assigned to: Judge Jed S. Rakoff  
Related Case: 1:04-cv-06704-JSR  
Case in other court: State Court-Supreme, 116148-04  
Cause: 28:1441 Notice of Removal

Date Filed: 01/05/2005  
Jury Demand: Defendant  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Federal Question

**Plaintiff**

**William Montgomery**     represented by **Mary Ellen Wright**  
Finkelstein & Partners, L.L.P.  
436 Robinson Avenue  
Newburgh, NY 12550  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Eleanor Louise Polimeni**  
Finkelstein & Partners, LLP  
436 Robinson Ave.  
Newburgh, NY 12550  
845-563-9421  
Fax: 845-562-3492  
Email: epolimeni@lawampm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**     represented by **Erik March Zissu**  
Davis Polk & Wardwell  
450 Lexington Avenue  
New York, NY 10017  
(212) 450-4511  
Fax: 212 450-3511  
Email: zissu@dpw.com  
*ATTORNEY TO BE NOTICED*

**James E. Murray**  
Davis Polk & Wardwell  
450 Lexington Avenue  
New York, NY 10017

                                         212 450-4000
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert Company and Warner-Lambert Company, LLC*

represented by **Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Murray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**

represented by **Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Murray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company, LLC**

represented by **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James E. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

James P. Rouhandeh
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2004 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 116148-04. (Filing Fee $ 150.00, Receipt Number 530346).Document filed by Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, LLC.(gf, ) Additional attachment(s) added on 1/7/2005 (gf, ). (Entered: 01/06/2005) |
| 01/05/2005 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, LLC.(gf, ) Additional attachment(s) added on 1/7/2005 (gf, ). (Entered: 01/06/2005) |
| 01/05/2005 | | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-6704. (gf, ) (Entered: 01/06/2005) |
| 01/05/2005 | | Case Designated ECF. (gf, ) (Entered: 01/06/2005) |
| 01/13/2005 | | CASE ACCEPTED AS RELATED TO 1:04-cv-6704. (gf, ) (Entered: 01/14/2005) |
| 01/13/2005 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (gf, ) (Entered: 01/14/2005) |
| 01/13/2005 | | Magistrate Judge Douglas F. Eaton is so designated. (gf, ) (Entered: 01/14/2005) |
| 01/14/2005 | | Mailed notice to the attorney(s) of record. (gf, ) (Entered: 01/14/2005) |
| 02/08/2005 | 4 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of William Montgomery (Polimeni, Eleanor) (Entered: 02/08/2005) |

**PACER Service Center**

**Transaction Receipt**

05/17/2005 16:31:13

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:05-cv-00073-JSR |
| Billable Pages: | 2 | Cost: | 0.16 |